

torrents tags forum  help\wiki  register

**Site Info**
Active Users: 3651
Registration Capacity: 77%

**Torrents Info**
Torrents: 228408
Tags: 132501
Files: 7368191
Data: 247.22 TB
Seeders: 1084321
Leechers: 189307
Seed (%): 572
Snatches: 78503415

**Click to Login**   Forget your **pass?**   Need to **register?**

**NOW ACCEPTING new accounts. There are naked people inside.**

**register**

**News**

DMCA Info