UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOY RACER, INC., ) | Case No.: 11-CV-2329-PSG |
| ) | |
| Plaintiff, ) | **ORDER DENYING PLAINTIFF'S EX-PARTE MOTION FOR LEAVE TO TAKE FURTHER EXPEDITED DISCOVERY** |
| v. ) | |
| ) | |
| DOE 1, ) | |
| ) | |
| Defendants. ) | **(RE: Docket No. 18)** |
| ) | |
| ) | |

Plaintiff Boy Racer, Inc. ("Boy Racer") applies ex parte for leave to take further expedited discovery.

In its September 13, 2011 order, the court withdrew its previous order permitting limited expedited discovery and explained that no pending or proposed request for further discovery would be permitted.[1] Because there is little purpose in repeating the reasoning of that decision, the court will not do so except to note the following. Expedited discovery in this district requires a showing of good cause pursuant to Fed. R. Civ. P. 26(d).[2] Among the considerations the court must weigh in evaluating good cause is "the administration of justice."[3] The foundation for the previous order authorizing limited expedited discovery was a representation that the discovery sought would "fully

---

[1] *See* Docket No. 17.

[2] *See Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 275 (N.D. Cal. 2002).

[3] *Id.*

1

Case No.: 11-2329
ORDER

identify" "each P2P network user suspected of violating the plaintiff's copyright."[4]  Where that representation is later revealed to be incomplete or even false, and still further and far more invasive discovery of a third party is requested long before any defendant is actually named, the court cannot find any "good cause" to justify the request.

     Boy Racer's application is HEREBY DENIED.

**IT IS SO ORDERED.**

Dated:  ; 14414233

PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See* Docket No. 17 at 3.

Case No.: 11-2329
ORDER